# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY McNEIL,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant. | 1:15-cv-01442 AWI-GSA<br><br>ORDER APPOINTING COUNSEL |

In light of Plaintiff's response to this Court's order (Doc. 41), the Court appoints attorney Jonathan Pena, Esq. to represent Plaintiff in this matter. The Clerk of the Court is directed to add Mr. Pena as the attorney of record to the docket with the following information:

> Jonathan Omar Pena
> Pena & Bromberg, Attorneys at Law
> 2440 Tulare Street
> Suite 320
> Fresno, California 93721
> Telephone: 559-412-5390
> Fax: 866-282-6709
> Email: info@jonathanpena.com

The Court will hold telephonic status on **Thursday, April 12, 2018 at 10:30 a.m.** with both parties to discuss issues in this case. Counsel shall call in separately to chambers at (888) 204-5984, Access Code: 4446176 - preferably from a land line to facilitate the telephone connection. Mr. Pena is advised that contact information for the Plaintiff is as follows:

> Harley McNeil
> P.O. Box 607
> North Fork, California 93643
> (559) 877-4096

The Court encourages Mr. Pena to contact Plaintiff prior to the telephonic conference, however, it is not required as the purpose of the conference is to set new deadlines in this action and discuss preliminary issues. Counsel shall contact Judge Austin's Courtroom Deputy, Esther Valdez at evaldez@caed.uscourts.gov (email is preferable), or at 559-499-5980, to reschedule this conference if counsel is unable to attend the hearing at the scheduled time. It rescheduling is necessary, counsel shall coordinate a mutually agreeable time and contact the Court with two proposed alternative dates. Judge Austin holds court on Wednesdays and Thursdays at 10:30 a.m.

IT IS SO ORDERED.

Dated: **March 27, 2018**         **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE