# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY McNEIL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:15-CV-01442 AWI-GSA<br><br>**ORDER GRANTING PETITION TO APPOINT JANICE LINGENFELTER AS HARLEY McNEIL'S GUARDIAN AD LITEM**<br><br>**(Doc. 47)** |

On May 15, 2018, Plaintiff filed a Petition to Appoint Janice Lingenfelter as a *guardian ad litem* in this action. (Doc. 47). Upon a review of the pleading, the petition is GRANTED. (Doc. 47). Janice Lingenfelter shall serve as the *guardian ad litem* for Plaintiff, Harley McNeil.

IT IS SO ORDERED.

　　Dated: __**May 22, 2018**__　　　　　　　　____**/s/ Gary S. Austin**____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE