MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ANN LUCILLE MALEY , CSBN 176877
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Tel: (415) 977-8956
   Fax: (415) 744-0134
   E-mail: ann.maley@ssa.gov
   Attorneys for Defendant

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com
Attorney for Plaintiff, Michelle Renee Ross

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Harley Mcneil,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-01442-AWI-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND, TWO HUNDRED FIVE DOLLARS, and 00/100 ($6,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND, TWO HUNDRED DOLLARS, and 00/100 ($6,200.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: December 14, 2018     /s/ *Jonathan O. Peña*
                             JONATHAN O. PEÑA
                             Attorney for Plaintiff

Dated: December 14, 2018     MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                        By:     /s/ *Ann Lucille Maley* *
                             ANN LUCILLE MALEY
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant
                             (*Permission to use electronic signature obtained via email on 12/14/2018).

IT IS SO ORDERED.

Dated:  **December 17, 2018**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE